

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00050-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 158th District Court |
| | § | of Denton County (F-2011-0039-B) |
| | § | May 9, 2013 |
| v. | § | Per Curiam |
| | § | Dissent by Justice Dauphinot |
| Marlin Derrell York | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order granting York's motion to suppress is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that the State shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM